Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br> vs.<br><br>BOOKIES, INC.; LAVENDER SPRITZER SURPRISE, LLC, Trustee of THE PINE TREE GROVE HAVEN TITLE HOLDING TRUST;<br><br>  Defendants. | No. 1:22-cv-01008-DAD-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LAVENDER SPRITZER SURPRISE, LLC, Trustee of THE PINE TREE GROVE HAVEN TITLE HOLDING TRUST, ONLY** |

WHEREAS, Defendant Lavender Spritzer Surprise, LLC, Trustee of the Pine Tree Grove Haven Title Holding Trust has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses only Defendant Spritzer Surprise, LLC, Trustee of the Pine Tree Grove Haven Title Holding Trust from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 1, 2022                MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Darren Gilbert

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LAVENDER SPRITZER SURPRISE, LLC, Trustee of THE PINE TREE GROVE HAVEN TITLE HOLDING TRUST, ONLY

Page 1