# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOOKIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01008-ADA-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 5, 15) |

Plaintiff filed this action on August 11, 2022. (ECF No. 1.) A scheduling conference is currently set for November 10, 2022. (ECF No. 3.) On August 31, 2022, Plaintiff filed a first amended complaint, naming Northwood Associates as an additional Defendant. (ECF No. 5.) Defendant Northwood Associates has not been served yet. On November 3, 2022, Plaintiff and Defendant Bookies, Inc., filed a stipulation to continue the scheduling conference to allow for more time to serve and meet and confer with Defendant Northwood Associates. (ECF No. 15.) Plaintiff makes no request to enlarge the time to serve under Rule 4(m), and the Court notes that the Plaintiff must serve within 90 days of the filing of the complaint. Fed. R. Civ. P. 4(m). The Court finds good cause to grant the request.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The November 10, 2022 scheduling conference is CONTINUED to January 17, 2023, at 2:00 p.m., in Courtroom 9; and

2. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **November 4, 2022**

UNITED STATES MAGISTRATE JUDGE