1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | DARREN GILBERT,

12 |       Plaintiff,

13 |   v.

14 | BOOKIES, INC. et al.,

15 |       Defendants.

Case No. 1:22-cv-01008-ADA-SAB

ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE

(ECF Nos. 16, 19)

16

17       Plaintiff Darren Gilbert ("Plaintiff") initiated this litigation against on August 11, 2022.

18 (ECF No. 1.)  The initial scheduling conference is currently set for January 17, 2023.  (ECF No.

19 16.)  On December 29, 2022, Plaintiff filed a request for relief from the service deadline, which

20 the Court construes as a motion for an extension of time to complete service under Federal Rule

21 of Civil Procedure 4(m).  (ECF No. 19.)  This is Plaintiff's second requested extension.

22       Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is

23 filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action

24 without prejudice against that defendant or order that service be made within a specified time."

25 Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend

26 the time for service for an appropriate period."  Id.

27       Here, the Court finds good cause to extend the deadline to effectuate service, and will

28 continue the mandatory scheduling conference to accommodate the extension.  Fed. R. Civ. P

1

1    4(m); Fed. R. Civ. P. 16(b).

2       Accordingly, IT IS HEREBY ORDERED that:

3       1.     Plaintiff's request for administrative relief from service deadline (ECF No. 19),

4            construed as a motion for an extension of time to complete service pursuant to

5            Fed. R. Civ. P. 4(m) is GRANTED;

6       2.     The deadline for Plaintiff to complete service on Defendant shall be extended to

7            **February 7, 2023**;

8       3.     The scheduling conference currently set for January 17, 2023, is CONTINUED to

9            **March 7, 2023**, at **2:30 p.m.** in **Courtroom 9**; and

10       4.     The parties shall file a joint scheduling report **seven (7) days** prior to the

11            scheduling conference.

12

13 IT IS SO ORDERED.

14 Dated:    **December 29, 2022**

                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28