# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-01008-ADA-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 24, 25, 26) |
| BOOKIES, INC., et al., | |
| Defendants. | |

Plaintiff filed this action on August 11, 2022. (ECF No. 1.) On August 31, 2022, Plaintiff filed a first amended complaint, naming Northwood Associates as an additional Defendant. (ECF No. 5.) The Court previously granted extensions of time to complete service on this Defendant on November 23, 2022, and December 29, 2022. (ECF Nos. 18, 20.) On February 7, 2023, Plaintiff filed a third request for administrative relief from the service deadline. (ECF No. 22.) On February 15, 2023, the Court denied Plaintiff's motion for a forty-two (42) day extension of time, finding Plaintiff had not demonstrated diligence warranting such extension, and ordered Plaintiff to complete service on Defendant Northwood Associates within seven (7) days of entry of the order. (ECF No. 23.) Therefore, Plaintiff's deadline to complete service expired on February 22, 2023, but Plaintiff did not file a proof of service or otherwise file a status report concerning the deadline to complete service. Therefore, on February 23, 2023, the Court ordered Plaintiff to show cause in writing why Defendant should not be dismissed from

this action. (ECF No. 24.)

On February 27, 2023, Plaintiff filed an executed summons demonstrating Defendant was served on February 16, 2023, prior to the Court's deadline to complete service. (ECF No. 25.) On February 28, 2023, Plaintiff filed a written response to the order to show cause explaining the executed summons was not returned prior to Plaintiff's counsel until February 27, 2023, and apologizes to the Court for not providing a status before such date. (ECF No. 26.) The Court finds good cause to discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that the February 23, 2023 order to show cause (ECF No. 24) is DISCHARGED.

IT IS SO ORDERED.

Dated: **March 1, 2023**

UNITED STATES MAGISTRATE JUDGE