# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>BOOKIES, INC., et al.,<br><br>        Defendants. | Case No. 1:22-cv-01008-ADA-SAB<br><br>ORDER RE: STIPULATION TO SET ASIDE DEFAULT AGAINST DEFENDANT NORTHWOOD ASSOCIATES, LLC AND CONCURRENTLY FILE ANSWER<br><br>(ECF Nos. 30, 31, 32, 33) |

Darren Gilbert ("Plaintiff") initiated this accessibility litigation against Defendants Bookies, Inc., Lavender Spritzer Surprise, LLC, and Northwood Associates, LLC (collectively, "Defendants") on August 11, 2022. (ECF No. 1.) On February 27, 2023, Plaintiff returned the executed summons for Defendant Northwood Associates, LLC, indicating service was effected on February 16, 2023. (ECF No. 25.) Defendant did not timely answer the complaint, and on March 15, 2023, the Clerk of the Court entered default against Defendant Northwood Associates, LLC at Plaintiff's request. (ECF Nos. 29, 30, 31.)[1]

On April 10, 2023, Plaintiff and Defendant Northwood Associates, LLC filed a stipulation to set aside the default against Defendant Northwood Associates, LLC and for the Court to accept Defendant's concurrently-filed answer to the complaint. (ECF No. 33.) The

---

[1] It appears the Clerk's entry of default was entered twice on the same day as against Defendant Northwood Associates, LLC. (See ECF Nos. 30, 31.) The filings are identical and are treated as one for purposes of setting aside the entry of default against Defendant Northwood Associates, LLC.

1

Court finds good cause exists to grant the stipulated relief.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The default entered against Defendant Northwood Associates, LLC on March 15, 2023 (ECF Nos. 30, 31), is SET ASIDE; and

2. Defendant Northwood Associates, LLC's answer, filed concurrently with the parties' stipulation (ECF No. 33) is ACCEPTED as timely filed.

IT IS SO ORDERED.

Dated: __**April 10, 2023**__

UNITED STATES MAGISTRATE JUDGE