# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>BOOKIES, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-01008-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO FILE AMENDED COMPLAINT<br><br>ORDER DEEMING MOTION TO AMEND WITHDRAWN AND VACATING JUNE 21, 2023 HEARING<br><br>(ECF Nos. 41, 42) |

    Plaintiff Darren Gilbert ("Plaintiff") initiated this action on August 11, 2022. (ECF No. 1.) On May 3, 2023, the Court issued a scheduling order. (ECF No. 40.) Pursuant to the scheduling order, the deadline to file any motion or stipulation requesting leave to amend the pleadings was set for May 17, 2023. (Id. at 2.) On May 17, 2023, Plaintiff filed a motion to amend the complaint in order to allege all barriers to Plaintiff's access at the Facility. (ECF No. 41.) Accordingly, any opposition to the motion would be due by May 31, 2023. The hearing on Plaintiff's motion is currently set for June 21, 2023. (Id.) Counsel for Plaintiff indicates she attempted to meet and confer with Defendants regarding the proposed amendments on May 9 and 16, prior to filing the motion to amend, but did not receive a timely response. (ECF No. 41-2 at 2.)

On May 26, 2023, the parties filed a stipulation for leave to file a second amended complaint. (ECF No. 42.) The parties proffer that the amendment is neither futile, nor prejudices the Defendants, nor does it change the nature of the action in any way. (Id. at 1.) While the proffers in the stipulation are somewhat conclusory, in light of Plaintiff's pending and timely-filed motion and supporting declaration, the Court is satisfied that good cause exists to grant the parties' requested relief. Nonetheless, the parties are reminded that requests to modify the schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' May 26, 2023 stipulation (ECF No. 42) is GRANTED;
2. Plaintiff is GRANTED leave to file an amended complaint to allege additional barriers which relate to his disability;
3. Plaintiff shall file the proposed amended complaint (attached, with redlines, to the stipulation as Exhibit A) **within five (5) days** of the electronic filing of this order;
4. Defendants' responses to the second amended complaint shall be filed in compliance with the Federal Rules of Civil Procedure;
5. All other aspects of the scheduling order continue to remain in effect;
6. Plaintiff's motion to amend (ECF No. 41) is DEEMED WITHDRAWN; and
7. The June 21, 2023 hearing on Plaintiff's motion is VACATED.

IT IS SO ORDERED.

Dated: **May 30, 2023**

UNITED STATES MAGISTRATE JUDGE