# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOOKIES, INC. et al.,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-01008-SAB<br><br>ORDER RE NOTICE OF SETTLEMENT, ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 47)<br><br>**DEADLINE: NOVEMBER 9, 2023** |

　　　　This action was filed on August 11, 2022.  (ECF No. 1.)  On October 19, 2023, Plaintiff filed a notice of settlement indicating that the parties have reached a settlement of the entire action. (ECF No. 47.)  Plaintiff requests until November 9, 2023, to file dispositional documents. Given the requested date is twenty-one (21) days from the date of Plaintiff's notice of settlement, the Court finds good cause to set the deadline as requested.  See L.R. 160(b).

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents **on or before November 9, 2023**.

IT IS SO ORDERED.

Dated: __October 20, 2023__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1