# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>BOOKIES, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-01008-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 49) |
|---|---|

On November 13, 2023, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees.  (ECF No. 49.)  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **November 14, 2023**

UNITED STATES MAGISTRATE JUDGE

1